FORM 13. Informal Opening Brief (Court of Appeals for Veterans Claims Cases)    Form 13 (p. 1)
July 2020

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## INFORMAL BRIEF OF APPELLANT

**Case Number:** 25-2141

**Short Case Caption:** Prewitt v. Collins

**Name of Appellant:** George Dunbar Prewitt, Jr.

---

**Instructions:** Read the Guide for Unrepresented Parties before completing this form. Answer the questions as best as you can. Attach additional pages as needed to answer the questions. This form and continuation pages may not exceed 30 pages.

Attach a copy of the opinion, order, and/or judgment of the Court of Appeals for Veterans Claims. You may also attach other record material as an appendix. Any attached material should be referenced in answer to the below questions. Please redact (erase, cover, or otherwise make unreadable) social security numbers or comparable private personal identifiers that appear in any attachments you submit.

---

1. Have you ever had another case in this court?    ☑ Yes    ☐ No
   If yes, state the name and number of each case.

   > Prewitt v. Shinseki, No. 13-7005; Prewitt v. OPM, No. 13-3025; Prewitt v. Shulkin, No. 17-1076; Prewitt v. McDonough, No. 20-2172; In re: Prewitt, No. 24-119; Prewitt v. U.S., No. 25-1476, and Prewitt v. Collins, 25-1523

2. Did the Court of Appeals for Veterans Claims decision involve the validity or interpretation of a statute or regulation?    ☑ Yes    ☐ No

   If yes, what are your arguments concerning those issues?

   > See the attachment.

**FORM 13. Informal Opening Brief (Court of Appeals for Veterans Claims Cases)**    **Form 13 (p. 2)**
**July 2020**

3. Did the Court of Appeals for Veterans Claims decide constitutional issues?
   ☑ Yes    ☐ No

   If yes, what are your arguments concerning those issues?

   | |
   |---|
   | See the attachment. |

4. Did the Court of Appeals for Veterans Claims fail to decide any other issue correctly?    ☑ Yes    ☐ No

   If yes, how?

   | |
   |---|
   | See the attachment. |

5. Are there other arguments you wish to make?    ☐ Yes    ☑ No
   If yes, what are the arguments?

   | |
   |---|
   | |

**FORM 13. Informal Opening Brief (Court of Appeals for Veterans Claims Cases)**          **Form 13 (p. 3)**
                                                                                          **July 2020**

6. What action do you want this court to take in this case?

> See the conclusion to the attachment.

Date: 12/18/2025          Signature:   /s/ George Dunbar Prewitt, Jr.

                          Name:        George Dunbar Prewitt, Jr.